**Order entered June 25, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-18-00891-CR
No. 05-18-00892-CR
No. 05-18-00893-CR

**FIDEL ANGEL NAVARRO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F17-75719-U, F17-75720-U & F17-75721-U**

## ORDER

Before the Court is the State's June 21, 2019 second motion for extension of time to file its brief. The State tendered its brief with the motion. We **GRANT** the motion and **ORDER** the State's brief filed as of the date of this order.

/s/      CORY L. CARLYLE
           JUSTICE